[No. 30128-4-I.   Division One.   August 22, 1994.]

THE STATE OF WASHINGTON, *Respondent,* v. THANH
DONG TANG, *Appellant.*

The opinion in the above captioned case as reported in the
advance sheets at 75 Wn. App. 473-80 was withdrawn by or-
der of the Court of Appeals May 1, 1995. See 77 Wn. App.
644.